# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| | | |
|---|---|---|
| Case No: | 13-46203   PSH   Judge:   Pamela S. Hollis | Trustee Name:   BARRY A. CHATZ |
| Case Name: | HANK FATOOREHCHI | Date Filed (f) or Converted (c):   11/29/2013 (f) |
| | | 341(a) Meeting Date:   01/21/2014 |
| For Period Ending: | 03/31/2016 | Claims Bar Date:   05/15/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Unscheduled Assets - RE Sales Commissions          (u) | 0.00 | 1,932.00 | | 17,612.00 | FA |
| 2.  VOID | 0.00 | 0.00 | | 0.00 | 0.00 |
| 3.  VOID | 0.00 | N/A | | 0.00 | Unknown |
| 4.  Insurance policies - MetLife Insurance | 10,000.00 | 16,483.01 | | 16,483.01 | FA |
| 5.  Real estate - 122 White Pine, Schaumburg | 0.00 | 0.00 | | 0.00 | FA |
| 6.  Real estate - 1345 Blair Lane, Hoffman Estates | 132,500.00 | 0.00 | | 0.00 | FA |
| 7.  Real estate - 916 Long Boar Lane, Schaumburg | 0.00 | 0.00 | | 0.00 | FA |
| 8.  Real estate - 1415 Michelline Court, Hoffman Estates | 0.00 | 0.00 | | 0.00 | 5,500.00 |
| 9.  Real estate - 1270 New Castle Lane, Hoffman Estates | 0.00 | 0.00 | | 0.00 | FA |
| 10.  Real estate - 2020 Carling, Hoffman Estates | 0.00 | 0.00 | | 0.00 | FA |
| 11.  Real estate - 1811 Dumont, Schaumburg | 0.00 | 0.00 | | 0.00 | FA |
| 12.  Real estate - 1807 Marquette, Hoffman Estates | 0.00 | 0.00 | | 0.00 | FA |
| 13.  Checking, savings or other financial accounts | 1,500.00 | 0.00 | | 0.00 | FA |
| 14.  Checking, savings or other financial accounts | 100.00 | 0.00 | | 0.00 | FA |
| 15.  Household goods and furnishings | 1,500.00 | 0.00 | | 0.00 | FA |
| 16.  Wearing apparel | 1,000.00 | 0.00 | | 0.00 | FA |
| 17.  Furs and jewelry | 100.00 | 0.00 | | 0.00 | FA |
| 18.  VOID (u) | 0.00 | N/A | | 0.00 | Unknown |
| 19.  IRA, ERISA, Keogh or pension or profit sharing plans | 9,000.00 | 0.00 | | 0.00 | FA |
| 20.  Stocks, interests in incorporated and unincorporated busines | 43,750.00 | 0.00 | | 45,000.00 | FA |
| 21.  Automobiles, trucks, trailers, vehicles | 0.00 | 0.00 | | 0.00 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $499,450.00   $13,475.01   $79,095.01   $5,500.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE IS INVESTIGATING AND LIQUIDATING ASSETS; TRUSTEE REVIEWING PRIOR BUSINESS DEALINGS OF DEBTOR.

RE PROP #   1   --   SEE COURT ORDER ENTERED 4/15/14 FOR MORE CURRENT
COMMISSIONS FOR SALE OF PROPERTY LOCATED AT:
1725 NORTH 37TH SQUARE, SCHAUMBURG, IL - $1,932.00
1725 ROBINS LANE - $1,187.40
1879 WILLIAMSBURG - $1,690.50

RE PROP #   4   --   Cash value from MetLife policies

RE PROP #   5   --   122 White Pine, Schaumburg, IL 60193
Subject property quit claimed to estranged spouse in 2009, although Debtor attempted
to assert ownership interest through divorce proceeding and prior chapter 13 filing

RE PROP #   6   --   1345 Blair Lane, Hoffman Estates, Illinois 60169
Co-ownship

RE PROP #   7   --   916 Long Boar Lane, Schaumburg, IL 60194
Subject property quit claimed to estranged spouse in 2009, Debtor asserted ownership
interest through divorce proceeding and prior chapter 13 filing

RE PROP #   8   --   Remaining asset to be collected: 50% share of approximately $11K surplus from
foreclosure case of prior marital home; distribution to be split equally with bankruptcy
estate of ex-spouse.

1415 Michelline Court, Hoffman Estates, IL 60192
Subject property quit claimed to estranged spouse in 2009, although Debtor attempted
to assert ownership interest through divorce proceeding and prior chapter 13 filing

RE PROP #   9   --   1270 New Castle Lane, Hoffman Estates, IL 60169
Subject property quit claimed to estranged spouse in 2009

RE PROP #   10   --   2020 Carling, Hoffman Estates, IL 60169
Subject property quit claimed to estranged spouse in 2009

RE PROP #   11   --   1811 Dumont, Schaumburg, IL 60194
Subject property quit claimed to estranged spouse in 2009

RE PROP #   12   --   1807 Marquette, Hoffman Estates, IL 60169
Subject property quit claimed to estranged spouse in 2009, although Debtor attempted
to assert ownership interest through divorce proceeding and prior chapter 13 filing

RE PROP #   13   --   Checking at First American Bank

RE PROP #   14   --   Checking account at Parkway Bank

RE PROP #   15   --   Four televisions, four DVD players, couches and computer

RE PROP #   16   --   Miscellaneous items of used clothing

RE PROP #   17   --   One man's watch

RE PROP #   19   --   Roth IRA

RE PROP #   20   --   17.5% interest in HKC, Inc. d/b/a Century 21st Class Homes

RE PROP #   21   --   2006 Cadillac STS with 82,000 miles
Subject vehicle is titled in the name of Debtor's sister, Mojdgan Fatoorehchi.  All
expenses associated with this vehicle are bourne by Debtor and vehicle acquired by
sister because Debtor could not qualify for financing.

Initial Projected Date of Final Report (TFR): 12/31/2015      Current Projected Date of Final Report (TFR): 12/31/2016

Trustee Signature:      /s/ BARRY A. CHATZ      Date: 04/29/2016

BARRY A. CHATZ
120 S. RIVERSIDE PLAZA
SUITE 1200
CHICAGO, IL  60606
(312) 876-7100
blsutton@arnstein.com

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 13-46203

Case Name: HANK FATOOREHCHI

Taxpayer ID No: XX-XXX1138

For Period Ending: 03/31/2016

Trustee Name: BARRY A. CHATZ

Bank Name: Union Bank

Account Number/CD#: XXXXXX0599

Checking

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/21/15 | | Transfer from Acct # xxxxxx9547 | Transfer of Funds | 9999-000 | $23,596.91 | | $23,596.91 |
| 09/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $23,581.91 |
| 10/26/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $33.94 | $23,547.97 |
| 11/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.04 | $23,512.93 |
| 12/28/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $33.86 | $23,479.07 |
| 12/31/15 | 20 | CENTUREY 21ST CLASS HOMES BUSINESS ACCOUNT 724 E. SCHAUMBURG ROAD SCHAUMBURG, IL  60194 | LIQUIDATION OF REAL PROPERTY | 1129-000 | $5,000.00 | | $28,479.07 |
| 01/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.94 | $28,444.13 |
| 02/04/16 | 20 | CENTURY 21 1ST CLASS HOMES | LIQUIDATION OF OTHER ASSET | 1129-000 | $40,000.00 | | $68,444.13 |
| 02/17/16 | 400001 | Adams-Levine 370 Lexington Avenue, Suite 1101 New York, NY 10017 | Bond Premium | 2300-000 | | $27.34 | $68,416.79 |
| 02/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $41.48 | $68,375.31 |
| 03/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $79.59 | $68,295.72 |

|  | | | | COLUMN TOTALS | $68,596.91 | $301.19 | |
|  | | | | Less: Bank Transfers/CD's | $23,596.91 | $0.00 | |
|  | | | | Subtotal | $45,000.00 | $301.19 | |
|  | | | Page Subtotals: | | $68,596.91 | $301.19 | |

| | | |
|---|---|---|
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $45,000.00 | $301.19 |

Page Subtotals:                                              $0.00                    $0.00

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 13-46203

Case Name: HANK FATOOREHCHI

Taxpayer ID No: XX-XXX1138

For Period Ending: 03/31/2016

Trustee Name: BARRY A. CHATZ

Bank Name: The Bank of New York Mellon

Account Number/CD#: XXXXXX9547

Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/08/14 | 1 | HANK R FATOOREHCHI 1415 MICHELLINE COURTHOFFMAN ESTATES, IL 60192 | COMMISSIONS | 1229-000 | $1,500.00 | | $1,500.00 |
| 05/08/14 | 1 | CENTURY 21 1ST CLASS HOMES 724 E. SCHAUMBURG ROADSCHAUMBURG, IL 60194 | COMMISSIONS | 1229-000 | $1,187.40 | | $2,687.40 |
| 05/08/14 | 1 | CENTURY 21 1ST CLASS HOMES 724 E. SCHAUMBURG ROADSCHAUMBURG, IL 60194 | COMMISSIONS | 1229-000 | $1,690.50 | | $4,377.90 |
| 05/08/14 | 4 | METROPOLITAN LIFE INSURNACE COMPANY 700 QUAKER LANEP.O. BOX 316WARWICK, RI 02886-0316 | INSURANCE PROCEEDS | 1129-000 | $16,483.01 | | $20,860.91 |
| 06/06/14 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | $20.00 | $20,840.91 |
| 07/08/14 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | $29.98 | $20,810.93 |
| 08/07/14 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | $30.94 | $20,779.99 |
| 09/08/14 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | $30.89 | $20,749.10 |
| 09/25/14 | 1 | HANK R. FATOOREHCHI 1415 MICHELLINE COURTHOFFMAN ESTATES, IL 60192 | LIQUIDATION OF BANK ACCOUNT | 1229-000 | $4,000.00 | | $24,749.10 |
| 10/07/14 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | $30.24 | $24,718.86 |
| 11/07/14 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | $36.75 | $24,682.11 |
| 11/11/14 | 300001 | HANK FATOOREHCHI | DEBTOR EXEMPTIONS PURSUANT TO 9/16/14 COURT ORDER | 8100-002 | | $10,000.00 | $14,682.11 |
| 12/05/14 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | $29.76 | $14,652.35 |
| 12/09/14 | 1 | DENNIS M. SBERTOLI | PREFERENCE/FRAUDULENT TRANSFER | 1229-000 | $9,234.10 | | $23,886.45 |
| 01/08/15 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | $30.64 | $23,855.81 |

Page Subtotals: $34,095.01    $10,239.20

Page: 4

**FORM 2**

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: 13-46203 | Trustee Name: BARRY A. CHATZ | |
| Case Name: HANK FATOOREHCHI | Bank Name: The Bank of New York Mellon | |
| | Account Number/CD#: XXXXXX9547 | |
| | Checking Account (Non-Interest Earn | |
| Taxpayer ID No: XX-XXX1138 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 03/31/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/04/15 | 300002 | Arthur B. Levine Company Surety Bond Agency 60 East 42nd Street - Room 965 New York, NY 10165 | 2015 Bond Premium | 2300-000 | | $17.54 | $23,838.27 |
| 02/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.47 | $23,802.80 |
| 03/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $31.98 | $23,770.82 |
| 04/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.34 | $23,735.48 |
| 05/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.15 | $23,701.33 |
| 06/05/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.24 | $23,666.09 |
| 07/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.05 | $23,632.04 |
| 08/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.13 | $23,596.91 |
| 08/21/15 | | Transfer to Acct # xxxxxx0599 | Transfer of Funds | 9999-000 | | $23,596.91 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $34,095.01 | $34,095.01 |
| Less: Bank Transfers/CD's | $0.00 | $23,596.91 |
| Subtotal | $34,095.01 | $10,498.10 |
| Less: Payments to Debtors | $0.00 | $10,000.00 |
| Net | $34,095.01 | $498.10 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $23,855.81 |

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0599 - Checking | $45,000.00 | $301.19 | $68,295.72 |
| XXXXXX9547 - Checking Account (Non-Interest Earn | $34,095.01 | $498.10 | $0.00 |
|  | $79,095.01 | $799.29 | $68,295.72 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $79,095.01 |
| Total Gross Receipts: | $79,095.01 |

Trustee Signature: _/s/ BARRY A. CHATZ_   Date: 04/29/2016

BARRY A. CHATZ
120 S. RIVERSIDE PLAZA
SUITE 1200
CHICAGO, IL  60606
(312) 876-7100
blsutton@arnstein.com

| | | | |
|---|---|---|---|
| Page Subtotals: | | $0.00 | $0.00 |