UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
HANK FATOOREHCHI § Case No. 13-46203
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 11/29/2013 . The undersigned trustee was appointed on 11/29/2013 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of               $    188,960.32

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 112.89 |
   | Bank service fees | 3,014.08 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 10,000.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]    $ | 175,833.35 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 05/15/2014 and the deadline for filing governmental claims was 05/28/2014 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 12,198.02 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 12,198.02 , for a total compensation of $ 12,198.02 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 185.00 , for total expenses of $ 185.00 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/16/2017          By: /s/BARRY A. CHATZ, TRUSTEE
                                                       Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 13-46203 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | BARRY A. CHATZ, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | HANK FATOOREHCHI | | | | Date Filed (f) or Converted (c): | 11/29/2013 (f) |
| | | | | | 341(a) Meeting Date: | 01/21/2014 |
| For Period Ending: | 11/16/2017 | | | | Claims Bar Date: | 05/15/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Unscheduled Assets - RE Sales Commissions (u) | 0.00 | 17,612.00 | | 17,612.00 | FA |
| 2. VOID | 0.00 | 0.00 | | 0.00 | FA |
| 3. VOID | 0.00 | N/A | | 0.00 | FA |
| 4. Insurance policies - MetLife Insurance | 10,000.00 | 16,483.01 | | 16,483.01 | FA |
| 5. Real estate - 122 White Pine, Schaumburg | 0.00 | 0.00 | OA | 0.00 | FA |
| 6. Real estate - 1345 Blair Lane, Hoffman Estates | 132,500.00 | 0.00 | | 0.00 | FA |
| 7. Real estate - 916 Long Boar Lane, Schaumburg | 0.00 | 0.00 | | 0.00 | FA |
| 8. Real estate - 1415 Michelline Court, Hoffman Estates | 0.00 | 0.00 | | 109,865.31 | FA |
| 9. Real estate - 1270 New Castle Lane, Hoffman Estates | 0.00 | 0.00 | | 0.00 | FA |
| 10. Real estate - 2020 Carling, Hoffman Estates | 0.00 | 0.00 | | 0.00 | FA |
| 11. Real estate - 1811 Dumont, Schaumburg | 0.00 | 0.00 | | 0.00 | FA |
| 12. Real estate - 1807 Marquette, Hoffman Estates | 0.00 | 0.00 | | 0.00 | FA |
| 13. Checking, savings or other financial accounts | 1,500.00 | 0.00 | | 0.00 | FA |
| 14. Checking, savings or other financial accounts | 100.00 | 0.00 | | 0.00 | FA |
| 15. Household goods and furnishings | 1,500.00 | 0.00 | | 0.00 | FA |
| 16. Wearing apparel | 1,000.00 | 0.00 | | 0.00 | FA |
| 17. Furs and jewelry | 100.00 | 0.00 | | 0.00 | FA |
| 18. VOID (u) | 0.00 | N/A | | 0.00 | FA |
| 19. IRA, ERISA, Keogh or pension or profit sharing plans | 9,000.00 | 0.00 | | 0.00 | FA |
| 20. Stocks, interests in incorporated and unincorporated busines | 43,750.00 | 0.00 | | 45,000.00 | FA |
| 21. Automobiles, trucks, trailers, vehicles | 0.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $199,450.00 | $34,095.01 | $188,960.32 | $0.00 |

(Total Dollar Amount in Column 6)

Exhibit A

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

All assets fully administered; prepare TFR to close case.

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | SEE COURT ORDER ENTERED 4/15/14 FOR MORE COMMISSIONS FOR SALE OF PROPERTY LOCATED AT:<br>1725 NORTH 37TH SQUARE, SCHAUMBURG, IL - $1,932.00<br>1725 ROBINS LANE - $1,187.40<br>1879 WILLIAMSBURG - $1,690.50 |
| RE PROP # | 4 | -- | Cash value from MetLife policies |
| RE PROP # | 5 | -- | 122 White Pine, Schaumburg, IL 60193<br>Subject property quit claimed to estranged spouse in 2009, although Debtor attempted to assert ownership interest through divorce proceeding and prior chapter 13 filing |
| RE PROP # | 6 | -- | 1345 Blair Lane, Hoffman Estates, Illinois 60169<br>Co-ownship |
| RE PROP # | 7 | -- | 916 Long Boar Lane, Schaumburg, IL 60194<br>Subject property quit claimed to estranged spouse in 2009, Debtor asserted ownership interest through divorce proceeding and prior chapter 13 filing |
| RE PROP # | 8 | -- | Remaining asset to be collected: 50% share of approximately $11K surplus from foreclosure case of prior marital home; distribution to be split equally with bankruptcy estate of ex-spouse.<br><br>1415 Michelline Court, Hoffman Estates, IL 60192<br>Subject property quit claimed to estranged spouse in 2009, although Debtor attempted to assert ownership interest through divorce proceeding and prior chapter 13 filing |
| RE PROP # | 9 | -- | 1270 New Castle Lane, Hoffman Estates, IL 60169<br>Subject property quit claimed to estranged spouse in 2009 |
| RE PROP # | 10 | -- | 2020 Carling, Hoffman Estates, IL 60169<br>Subject property quit claimed to estranged spouse in 2009 |
| RE PROP # | 11 | -- | 1811 Dumont, Schaumburg, IL 60194<br>Subject property quit claimed to estranged spouse in 2009 |
| RE PROP # | 12 | -- | 1807 Marquette, Hoffman Estates, IL 60169<br>Subject property quit claimed to estranged spouse in 2009, although Debtor attempted to assert ownership interest through divorce proceeding and prior chapter 13 filing |
| RE PROP # | 13 | -- | Checking at First American Bank |
| RE PROP # | 14 | -- | Checking account at Parkway Bank |
| RE PROP # | 15 | -- | Four televisions, four DVD players, couches and computer |
| RE PROP # | 16 | -- | Miscellaneous items of used clothing |
| RE PROP # | 17 | -- | One man's watch |
| RE PROP # | 19 | -- | Roth IRA |
| RE PROP # | 20 | -- | 17.5% interest in HKC, Inc. d/b/a Century 21st Class Homes |
| RE PROP # | 21 | -- | 2006 Cadillac STS with 82,000 miles<br>Subject vehicle is titled in the name of Debtor's sister, Mojdgan Fatoorehchi.  All expenses associated with this vehicle are bourne by Debtor and vehicle acquired by sister because Debtor could not qualify for financing. |

Initial Projected Date of Final Report (TFR): 12/31/2015          Current Projected Date of Final Report (TFR): 12/31/2017

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 13-46203 | Trustee Name: | BARRY A. CHATZ, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | HANK FATOOREHCHI | Bank Name: | Union Bank |
| | | Account Number/CD#: | XXXXXX0599 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX1138 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/16/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/21/15 | | Transfer from Acct # xxxxxx9547 | Transfer of Funds | 9999-000 | $23,596.91 | | $23,596.91 |
| 09/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $23,581.91 |
| 10/26/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $33.94 | $23,547.97 |
| 11/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.04 | $23,512.93 |
| 12/28/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $33.86 | $23,479.07 |
| 12/31/15 | 20 | CENTUREY 21ST CLASS HOMES BUSINESS ACCOUNT 724 E. SCHAUMBURG ROAD SCHAUMBURG, IL 60194 | LIQUIDATION OF OTHER ASSET | 1129-000 | $5,000.00 | | $28,479.07 |
| 01/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.94 | $28,444.13 |
| 02/04/16 | 20 | CENTURY 21 1ST CLASS HOMES | LIQUIDATION OF OTHER ASSET | 1129-000 | $40,000.00 | | $68,444.13 |
| 02/17/16 | 400001 | Adams-Levine 370 Lexington Avenue, Suite 1101 New York, NY 10017 | Bond Premium | 2300-000 | | $27.34 | $68,416.79 |
| 02/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $41.48 | $68,375.31 |
| 03/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $79.59 | $68,295.72 |
| 04/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $101.32 | $68,194.40 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*  Page Subtotals: $68,596.91 $402.51

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: 13-46203 | Trustee Name: BARRY A. CHATZ, TRUSTEE | |
| Case Name: HANK FATOOREHCHI | Bank Name: Union Bank | |
| | Account Number/CD#: XXXXXX0599 | |
| | Checking | |
| Taxpayer ID No: XX-XXX1138 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 11/16/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/28/16 | 8 | ANDREW J. MAXWELL, TRUSTEE<br>20 N. CLARK STREET<br>SUITE 200<br>CHICAGO, IL  60602 | 50% PROFIT FROM SALE OF FORMER MARITAL HOME<br>50% OF SALE PROCEEDS FROM SALE OF FORMER MARITAL HOME | 1110-000 | $104,209.95 | | $172,404.35 |
| 05/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $107.90 | $172,296.45 |
| 06/27/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $255.51 | $172,040.94 |
| 07/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $247.10 | $171,793.84 |
| 08/04/16 | 8 | Dorothy Brown, Clerk of the Circuit Court of Cook County<br>Daley Center, Room 1005<br>Chicago, IL 60602 | 50% OF SURPLUS FUNDS IN FORECLOSURE SALE OF FORMER MARITAL HOME<br>Link to Asset #8 | 1110-000 | $5,655.36 | | $177,449.20 |
| 08/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $254.92 | $177,194.28 |
| 09/26/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $261.85 | $176,932.43 |
| 10/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $254.11 | $176,678.32 |
| 11/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $262.17 | $176,416.15 |
| 12/27/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $253.36 | $176,162.79 |
| 01/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $261.43 | $175,901.36 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*        Page Subtotals:        $109,865.31        $2,158.35

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |  | | |
|---|---|---|---|---|
| Case No: | 13-46203 | | Trustee Name: | BARRY A. CHATZ, TRUSTEE |
| Case Name: | HANK FATOOREHCHI | | Bank Name: | Union Bank |
| | | | Account Number/CD#: | XXXXXX0599 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX1138 | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/16/2017 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/14/17 | 400002 | International Sureties, Ltd.<br>701 Poydras Street<br>Suite 420<br>New Orleans, LA 70139 | 2300 Bond Payments | 2300-000 | | $68.01 | $175,833.35 |
| 11/16/17 | | Century 21 1st Class Homes | Non-estate funds - deposit to the estate in error by bank Bank inadvertently credited account twice on 2/5/16 and 2/9/16 | 1280-000 | $40,000.00 | | $215,833.35 |
| 11/16/17 | | Century 21 1st Class Homes | Non-estate funds - deposit to the estate in error by bank Reversal Funds deposited to the estate in error on 2/5/16 and 2/9/16 and corrected on 2/9/16 | 1280-000 | ($40,000.00) | | $175,833.35 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $178,462.22 | $2,628.87 |
| Less: Bank Transfers/CD's | $23,596.91 | $0.00 |
| Subtotal | $154,865.31 | $2,628.87 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $154,865.31 | $2,628.87 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*    Page Subtotals:    $0.00    $68.01

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 13-46203 | Trustee Name: | BARRY A. CHATZ, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | HANK FATOOREHCHI | Bank Name: | The Bank of New York Mellon |
| | | Account Number/CD#: | XXXXXX9547 |
| | | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX1138 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/16/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/08/14 | 1 | HANK R FATOOREHCHI 1415 MICHELLINE COURT HOFFMAN ESTATES, IL 60192 | REAL ESTATE COMMISSIONS | 1229-000 | $1,500.00 | | $1,500.00 |
| 05/08/14 | 1 | CENTURY 21 1ST CLASS HOMES 724 E. SCHAUMBURG ROAD SCHAUMBURG, IL 60194 | REAL ESTATE COMMISSIONS | 1229-000 | $1,187.40 | | $2,687.40 |
| 05/08/14 | 1 | CENTURY 21 1ST CLASS HOMES 724 E. SCHAUMBURG ROAD SCHAUMBURG, IL 60194 | REAL ESTATE COMMISSIONS | 1229-000 | $1,690.50 | | $4,377.90 |
| 05/08/14 | 4 | METROPOLITAN LIFE INSURNACE COMPANY 700 QUAKER LANE P.O. BOX 316 WARWICK, RI 02886-0316 | CASH SURRENDER VALUE | 1129-000 | $16,483.01 | | $20,860.91 |
| 06/06/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $20.00 | $20,840.91 |
| 07/08/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $29.98 | $20,810.93 |
| 08/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $30.94 | $20,779.99 |
| 09/08/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $30.89 | $20,749.10 |
| 09/25/14 | 1 | HANK R. FATOOREHCHI 1415 MICHELLINE COURT HOFFMAN ESTATES, IL 60192 | REAL ESTATE COMMISSIONS | 1229-000 | $4,000.00 | | $24,749.10 |
| 10/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $30.24 | $24,718.86 |
| 11/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $36.75 | $24,682.11 |
| 11/11/14 | 300001 | HANK FATOOREHCHI | DEBTOR EXEMPTIONS PURSUANT TO 9/16/14 COURT ORDER | 8100-002 | | $10,000.00 | $14,682.11 |
| 12/05/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $29.76 | $14,652.35 |
| 12/09/14 | 1 | DENNIS M. SBERTOLI | REAL ESTATE COMMISSIONS | 1229-000 | $9,234.10 | | $23,886.45 |
| 01/08/15 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $30.64 | $23,855.81 |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*　　　　　　　　　　　　　　　Page Subtotals:　　　　　$34,095.01　　　$10,239.20

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 13-46203 | Trustee Name: BARRY A. CHATZ, TRUSTEE |
| Case Name: HANK FATOOREHCHI | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX9547 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX1138 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 11/16/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/04/15 | 300002 | Arthur B. Levine Company<br>Surety Bond Agency<br>60 East 42nd Street - Room 965<br>New York, NY 10165 | 2015 Bond Premium | 2300-000 | | $17.54 | $23,838.27 |
| 02/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.47 | $23,802.80 |
| 03/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $31.98 | $23,770.82 |
| 04/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.34 | $23,735.48 |
| 05/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.15 | $23,701.33 |
| 06/05/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.24 | $23,666.09 |
| 07/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.05 | $23,632.04 |
| 08/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.13 | $23,596.91 |
| 08/21/15 | | Transfer to Acct # xxxxxx0599 | Transfer of Funds | 9999-000 | | $23,596.91 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $34,095.01 | $34,095.01 |
| Less: Bank Transfers/CD's | $0.00 | $23,596.91 |
| Subtotal | $34,095.01 | $10,498.10 |
| Less: Payments to Debtors | $0.00 | $10,000.00 |
| Net | $34,095.01 | $498.10 |

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*          Page Subtotals:       $0.00       $23,855.81

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0599 - Checking | $154,865.31 | $2,628.87 | $175,833.35 |
| XXXXXX9547 - Checking Account (Non-Interest Earn | $34,095.01 | $498.10 | $0.00 |
| | $188,960.32 | $3,126.97 | $175,833.35 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $188,960.32 |
| Total Gross Receipts: | $188,960.32 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:13-46203-PSH                                                                                    Date: November 16, 2017
Debtor Name: HANK FATOOREHCHI
Claims Bar Date: 5/15/2014

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | BARRY A. CHATZ<br>161 N. CLARK STREET<br>SUITE 4200<br>CHICAGO, IL 60601 | Administrative | | $0.00 | $12,198.02 | $12,198.02 |
| 100 2200 | BARRY A. CHATZ<br>161 N. CLARK STREET<br>SUITE 4200<br>CHICAGO, IL 60601 | Administrative | | $0.00 | $185.00 | $185.00 |
| 100 3210 | GREGORY K. STERN, P.C.<br>53 WEST JACKSON BOULEVARD<br>SUITE 1442<br>CHICAGO, IL 60606 | Administrative | | $0.00 | $76,023.00 | $61,053.85 |
| 100 3220 | GREGORY K. STERN, P.C.<br>53 WEST JACKSON BOULEVARD<br>SUITE 1442<br>CHICAGO, IL 60606 | Administrative | | $0.00 | $235.98 | $235.98 |
| 100 3410 | KUTCHINS ROBBINS & DIAMOND, LTD.<br>35 East Wacker Drive<br>Suite 1550<br>Chicago, IL 60601 | Administrative | | $0.00 | $1,810.50 | $1,810.50 |
| 100 2700 | U.S. BANKRUPTCY COURT<br>ATTN; CLERK'S OFFICE<br>219 SOUTH DEARBORN STREET<br>CHICAGO, IL 60604 | Administrative | Deferred adversary filing fee in case no. 14-00679 | $0.00 | $350.00 | $350.00 |
| 1A 280 5800 | INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILEDELPHIA, PENNSYLVANIA 19101-7346 | Priority | | $0.00 | $5,092.57 | $5,092.57 |
| 2A 400 4110 | ITASCA BANK & TRUST COMPANY<br>C/O STEVEN M. DALLAS/REGAS, FREZADOS & DALLAS LLP<br>111 WEST WASHINGTON STREET<br>SUITE 1525 | Secured | Per Settlement Agreement approved by Court Order entered 10/12/17<br>CORRECT CREDITOR ADDRESS (ES) | $0.00 | $192,724.38 | $100,000.00 |
| 1B 300 7100 | INTERNAL REVENUE SERVICE<br>DEPT OF TREASURY<br>P. O. BOX 7346<br>PHILADELPHIA, PA 19101 | Unsecured | | $0.00 | $2,505.82 | $2,505.82 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:13-46203-PSH  
Debtor Name: HANK FATOOREHCHI  
Claims Bar Date: 5/15/2014  
Date: November 16, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 2B 300 7100 | ITASCA BANK & TRUST COMPANY C/O STEVEN M. DALLAS/REGAS, FREZADOS & DALLAS LLP 111 WEST WASHINGTON STREET SUITE 1525 | Unsecured | Per Settlement Agreement approved by Court Order entered 10/12/17 | $0.00 | $296,354.44 | $0.00 |
| 3 300 7100 | TRUSTEE FOR EFTE ANDREW J. MAXWELL 105 W. ADAMS ST. SUITE 3200 CHICAGO, IL 60603 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 4 300 7100 | AMERICAN INFOSOURCE LP AS AGENT FOR T MOBILE/T-MOBILE USA INC PO BOX 248848 OKLAHOMA CITY, OK 73124-8848 | Unsecured | | $0.00 | $377.36 | $377.36 |
| 5 300 7100 | CENTURY 21 REAL ESTATE LLC C/O DANIEL M. ELIADES, ESQ. LeClairRyan, a Professional Corporation One Riverfront Plaza, 16th Floor 1037 Raymond Boulevard Newark, NJ 07102 | Unsecured | | $0.00 | $58,370.63 | $58,370.63 |
| 6 300 7100 | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY SECTION P.O. BOX 64338 CHICAGO, ILLINOIS 60664-0338 | Unsecured | | $0.00 | $731.08 | $731.08 |
| | Case Totals | | | $0.00 | $646,958.78 | $242,910.81 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-46203
Case Name: HANK FATOOREHCHI
Trustee Name: BARRY A. CHATZ, TRUSTEE

Balance on hand $ 175,833.35

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2A | ITASCA BANK & TRUST COMPANY | $ 192,724.38 | $ 100,000.00 | $ 0.00 | $ 100,000.00 |

Total to be paid to secured creditors $ 100,000.00

Remaining Balance $ 75,833.35

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BARRY A. CHATZ | $ 12,198.02 | $ 0.00 | $ 12,198.02 |
| Trustee Expenses: BARRY A. CHATZ | $ 185.00 | $ 0.00 | $ 185.00 |
| Attorney for Trustee Fees: GREGORY K. STERN, P.C. | $ 61,053.85 | $ 0.00 | $ 61,053.85 |
| Attorney for Trustee Expenses: GREGORY K. STERN, P.C. | $ 235.98 | $ 0.00 | $ 235.98 |
| Accountant for Trustee Fees: KUTCHINS ROBBINS & DIAMOND, LTD. | $ 1,810.50 | $ 0.00 | $ 1,810.50 |
| Charges: U.S. BANKRUPTCY COURT | $ 350.00 | $ 0.00 | $ 350.00 |

Total to be paid for chapter 7 administrative expenses $ 75,833.35

Remaining Balance $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 5,092.57 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1A | INTERNAL REVENUE SERVICE | $ 5,092.57 | $ 0.00 | $ 0.00 |
| | Total to be paid to priority creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 61,984.89 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1B | INTERNAL REVENUE SERVICE | $ 2,505.82 | $ 0.00 | $ 0.00 |
| 2B | ITASCA BANK & TRUST COMPANY | $ 0.00 | $ 0.00 | $ 0.00 |
| 3 | TRUSTEE FOR EFTE ANDREW J. MAXWELL | $ 0.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 377.36 | $ 0.00 | $ 0.00 |
| 5 | CENTURY 21 REAL ESTATE LLC | $ 58,370.63 | $ 0.00 | $ 0.00 |
| 6 | ILLINOIS DEPARTMENT OF REVENUE | $ 731.08 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors     $_____0.00

Remaining Balance     $_____0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE