IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| HANK FATOOREHCHI, | Case No. 13-46203 |
| Debtor. | Honorable Pamela S. Hollis |

### CERTIFICATE OF SERVICE BY MAIL

I, Barry A. Chatz, an attorney, certify I caused a copy of the attached Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) to be sent to all creditors and other parties in interest of Hank Fatoorehchi, which are listed on the attached Service List by deposit in U.S. Mail, first class postage prepaid, on November 16, 2017.

/s/ Barry A Chatz, Trustee

Barry A. Chatz (ARDC# 06196639)
161 North Clark Street
Suite 4200
Chicago, IL  60601
(312) 876-7100
(312) 876-0288 Facsimile
barry.chatz@saul.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 13-46203<br>Northern District of Illinois<br>Chicago<br>Thu Nov 16 12:25:35 CST 2017 | American InfoSource LP as agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK  73124-8848 | Andrew J. Maxwell, Trustee for Eftekhary 13-<br>105 W. Adams St. Suite 3200<br>Chicago, IL 60603-6209 |
| Bank of America<br>P.O. Box 15184<br>Wilmington, Delaware 19850-5184 | Bank of America Visa<br>PO Box 15184<br>Wilmingon, Delaware 19850-5184 | Bank of New York<br>One Wall Street<br>New York, New York 10286-0001 |
| Christopher M Brown<br>Pierce and Associates, P.C.<br>1 North Dearborn Street<br>Suite 1300<br>Chicago, IL 60602-4373 | Century 21 Real Estate LLC<br>c/o Daniel M. Eliades/LeClaireRyan<br>One Riverfront Plaza, 16th Floor<br>1037 Raymond Boulevard<br>Newark, New Jersey 07102-5423 | Chase<br>Attention Bankruptcy Department<br>800 Brooksedge Blvd.<br>Westerville, Ohio 43081-2822 |
| | | Codilis and Assoc<br>15W030 North Frontage Road, Suite 100<br>Burr Ridge, Illinois 60527-6921 |
| Steven M Dallas<br>Regas, Frezados & Dallas LLP<br>20 North Clark Street, Suite 1103<br>Chicago, IL 60602-2744 | William D. Dallas<br>Regas, Frezados & Dallas LLP<br>20 North Clark Street<br>Suite 1103<br>Chicago, IL 60602-2744 | Roya Eftekhary<br>1415 Michelline Court<br>Hoffman Estates, IL 60192-1627 |
| Daniel M. Eliades<br>Forman Holt Eliades & Youngman LLC<br>80 Route 4 East<br>Suite 290<br>Paramus, NJ 07652-2661 | Hank Fatoorehchi<br>724 E Schaumburg Rd<br>Schaumburg, IL 60194-3508 | Richard H Fimoff<br>Robbins, Salomon & Patt Ltd<br>180 North LaSalle Street<br>Suite 3300<br>Chicago, IL 60601-2808 |
| Joel P Fonferko<br>Codilis & Associates, P.C.<br>15W030 N. Frontage Road<br>Suite 100<br>Burr Ridge, IL 60527-6921 | Derrick B Hager<br>Derrick B Hager, P.C.<br>234 W. Roosevelt Rd.<br>Building 15, Suite 119<br>West Chicago, IL 60185 | Derrick B Hager<br>Derrick B. Hager. P.C.<br>1525 Kautz Rd.<br>Suite 400<br>West Chicago, IL 60185-9607 |
| Harris Bank<br>201 S. Grove Avenue<br>Barrington, Illinois 60010-4493 | Heller & Frisone<br>33 N. La Salle Street<br>Suite 1200<br>Chicago, , Illinois 60602-3415 | (p)ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY DEPARTMENT<br>P O BOX 64338<br>CHICAGO IL 60664-0338 |
| Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL  60664-0338 | Forrest L Ingram<br>Forrest L. Ingram, Attorney at Law<br>6101E N. Sheridan Road<br>#9A<br>Chicago, IL 60660-2875 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, Pennsylvania 19101-7346 |
| Itasca Bank & Trust Co<br>One East Irving Park Road<br>Roselle, IL 60172-2017 | Itasca Bank & Trust Co.<br>1 E. Irving Park Road<br>Roselle, Illinois 60172-2017 | Itasca Bank & Trust Company<br>c/o Steven M. Dallas/Regas,<br>20 N Clark St Suite 1103<br>Chicago, IL 60602-4190 |

| | | |
|---|---|---|
| JP Morgan Chase Bank<br>3415 Vision Drive<br>Columbus, Ohio 43219-6009 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Andrew J Maxwell<br>Maxwell Law Group, LLC<br>20 N. Clark<br>Suite 200<br>Chicago, IL 60602-4120 |
| Andrew J Nelson<br>MRPierce, LLC, d/b/a McCalla Raym et.al.<br>1 North Dearborn St. Suite 1300<br>Chicago, IL 60602-4321 | Dana N O'Brien<br>McCalla Raymer Pierce, LLC<br>1 N Dearborn Street<br>Suite 1200<br>Chicago, IL 60602-4337 | Monica C O'Brien<br>Gregory K. Stern, P.C.<br>53 W Jackson Blvd Ste 1442<br>Chicago, IL 60604-3536 |
| R.J. Augustine<br>999 Plaza Drive, Ste. 650<br>Schaumburg, Illinois 60173-5493 | | Dennis M Sbertoli<br>Sbertoli Law Office<br>P O Box 1482<br>La Grange Park, IL 60526-9582 |
| Schaumburg Market Place<br>830 S. Buffalo Grove Road, #106<br>Buffalo Grove, Illinois 60089-3772 | Gregory K Stern<br>Gregory K. Stern, P.C.<br>53 West Jackson Blvd.<br>Suite 1442<br>Chicago, IL 60604-3536 | Rachel D. Stern<br>53 West Jackson Boulevard<br>Suite 1442<br>Chicago, IL 60604-3536 |
| Steve Dallas<br>111 W. Washington Street<br>Suite 1525<br>Chicago, Illinois 60602-2703 | Steve Dallas<br>111 W. Washington, Ste 1525<br>Chicago, Illinois 60602-2703 | Stout Risius<br>One South Wacker Drive<br>38th Floor<br>Chicago, Illinois 60606-4615 |
| THE BANK OF NEW YORK MELLON FKA THE BANK OF<br>c/o Codilis and Associates, P.C.<br>15W030 North Frontage Road, Suite 100<br>Burr Ridge, IL 60527-6921 | The Bank of New York Mellon f/k/a The Bank o<br>c/o Codilis and Associates, P.C.<br>15W030 North Frontage Road, Suite 100<br>Burr Ridge, IL 60527-6921 | Toni Townsend<br>McCalla Raymer Leibert Pierce, LLC<br>One North Dearborn, Suite 1300<br>Suite 1200<br>Chicago, IL 60602-4321 |
| U.S. Bank, N.A., successor trustee to LaSall<br>3815 South West Temple<br>Salt Lake City, UT 84115-4412 | WELLS FARGO BANK, N.A.<br>c/o Codilis & Associates, P.C.<br>15W030 North Frontage Road<br>Suite 100<br>Burr Ridge, IL 60527-6921 | Wells Fargo Bank, N.A.  C/O<br>Pierce & Associates<br>1 N. Dearborn Ste 1300<br>Chicago, IL 60602-4373 |
| Wels Fargo Home Mortgage<br>PO Box 10335<br>Des Moines, IA 50306-0335 | Lois West<br>Popowcer Katten Ltd<br>35 E Wacker Dr, Suite 902<br>Chicago, Il 60601-2124 | |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| In re: | § | |
| --- | --- | --- |
| | § | |
| HANK FATOOREHCHI | § | Case No. 13-46203 |
| | § | |
| Debtor | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on Thursday, December 14, 2017 in Courtroom 644, U.S. COURTHOUSE, 219 S. DEARBORN ST., CHICAGO, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/16/2017          By: /s/ Barry A. Chatz, Trustee
                                         Trustee

*BARRY A. CHATZ, TRUSTEE*
*161 NORTH CLARK STREET*
*SUITE 4200*
*CHICAGO, IL 60601*

**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § § | |
| HANK FATOOREHCHI | § § § | Case No. 13-46203 |
| Debtor | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 188,960.32 |
| and approved disbursements of | $ | 13,126.97 |
| leaving a balance on hand of[1] | $ | 175,833.35 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2A | ITASCA BANK & TRUST COMPANY | $ 192,724.38 | $ 100,000.00 | $ 0.00 | $ 100,000.00 |
| | Total to be paid to secured creditors | | | $ | 100,000.00 |
| | Remaining Balance | | | $ | 75,833.35 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BARRY A. CHATZ | $ 12,198.02 | $ 0.00 | $ 12,198.02 |
| Trustee Expenses: BARRY A. CHATZ | $ 185.00 | $ 0.00 | $ 185.00 |
| Attorney for Trustee Fees: GREGORY K. STERN, P.C. | $ 61,053.85 | $ 0.00 | $ 61,053.85 |
| Attorney for Trustee Expenses: GREGORY K. STERN, P.C. | $ 235.98 | $ 0.00 | $ 235.98 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Accountant for Trustee Fees: KUTCHINS ROBBINS & DIAMOND, LTD. | $ 1,810.50 | $ 0.00 | $ 1,810.50 |
| Charges: U.S. BANKRUPTCY COURT | $ 350.00 | $ 0.00 | $ 350.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 75,833.35 |
| Remaining Balance | | $ | 0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 5,092.57 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1A | INTERNAL REVENUE SERVICE | $ 5,092.57 | $ 0.00 | $ 0.00 |
| Total to be paid to priority creditors | | | $ | 0.00 |
| Remaining Balance | | | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 61,984.89 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1B | INTERNAL REVENUE SERVICE | $ 2,505.82 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2B | ITASCA BANK & TRUST COMPANY | $ 0.00 | $ 0.00 | $ 0.00 |
| 3 | TRUSTEE FOR EFTE ANDREW J. MAXWELL | $ 0.00 | $ 0.00 | $ 0.00 |
| 4 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 377.36 | $ 0.00 | $ 0.00 |
| 5 | CENTURY 21 REAL ESTATE LLC | $ 58,370.63 | $ 0.00 | $ 0.00 |
| 6 | ILLINOIS DEPARTMENT OF REVENUE | $ 731.08 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors    $ 0.00

Remaining Balance    $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Barry A. Chatz, Trustee
Trustee

UST Form 101-7-NFR (10/1/2010) *(Page: 4)*

BARRY A. CHATZ, TRUSTEE
161 NORTH CLARK STREET
SUITE 4200
CHICAGO, IL 60601

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.