UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| HANK FATOOREHCHI | § | Case No. 13-46203 |
| | § | |
| Debtor | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

  BARRY A. CHATZ, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 132,500.00            Assets Exempt: 13,200.00
*(Without deducting any secured claims)*


Total Distributions to Claimants:  100,000.00      Claims Discharged
                                                   Without Payment:  67,077.46


Total Expenses of Administration:  78,960.32

---

  3) Total gross receipts of $ 188,960.32 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 10,000.00 (see **Exhibit 2**), yielded net receipts of $ 178,960.32 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 192,724.38 | $ 100,000.00 | $ 100,000.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 93,929.47 | 78,960.32 | 78,960.32 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 5,092.57 | 5,092.57 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 358,339.33 | 61,984.89 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 650,085.75 | $ 246,037.78 | $ 178,960.32 |

4) This case was originally filed under chapter 7 on 11/29/2013 . The case was pending for 50 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/04/2018     By: /s/BARRY A. CHATZ, TRUSTEE
                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Real estate - 1415 Michelline Court, Hoffman Estates | 1110-000 | 109,865.31 |
| Insurance policies - MetLife Insurance | 1129-000 | 16,483.01 |
| Stocks, interests in incorporated and unincorporated busines | 1129-000 | 45,000.00 |
| Unscheduled Assets - RE Sales Commissions | 1229-000 | 17,612.00 |
| TOTAL GROSS RECEIPTS | | $ 188,960.32 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| HANK FATOOREHCHI | Exemptions | 8100-002 | 10,000.00 |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 10,000.00 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2A | ITASCA BANK & TRUST COMPANY | 4110-000 | NA | 192,724.38 | 100,000.00 | 100,000.00 |
| TOTAL SECURED CLAIMS | | | $ NA | $ 192,724.38 | $ 100,000.00 | $ 100,000.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | 2100-000 | NA | 12,198.02 | 12,198.02 | 12,198.02 |
| BARRY A. CHATZ | 2200-000 | NA | 185.00 | 185.00 | 185.00 |
| Adams-Levine | 2300-000 | NA | 27.34 | 27.34 | 27.34 |
| Arthur B. Levine Company | 2300-000 | NA | 17.54 | 17.54 | 17.54 |
| International Sureties, Ltd. | 2300-000 | NA | 68.01 | 68.01 | 68.01 |
| BANK OF NEW YORK MELLON | 2600-000 | NA | 239.20 | 239.20 | 239.20 |
| The Bank of New York Mellon | 2600-000 | NA | 241.36 | 241.36 | 241.36 |
| Union Bank | 2600-000 | NA | 2,533.52 | 2,533.52 | 2,533.52 |
| U.S. BANKRUPTCY COURT | 2700-000 | NA | 350.00 | 350.00 | 350.00 |
| GREGORY K. STERN, P.C. | 3210-000 | NA | 76,023.00 | 61,053.85 | 61,053.85 |
| GREGORY K. STERN, P.C. | 3220-000 | NA | 235.98 | 235.98 | 235.98 |
| KUTCHINS ROBBINS & DIAMOND, LTD. | 3410-000 | NA | 1,810.50 | 1,810.50 | 1,810.50 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 93,929.47 | $ 78,960.32 | $ 78,960.32 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1A | INTERNAL REVENUE SERVICE | 5800-000 | NA | 5,092.57 | 5,092.57 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 5,092.57 | $ 5,092.57 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | NA | 377.36 | 377.36 | 0.00 |
| 5 | CENTURY 21 REAL ESTATE LLC | 7100-000 | NA | 58,370.63 | 58,370.63 | 0.00 |
| 6 | ILLINOIS DEPARTMENT OF REVENUE | 7100-000 | NA | 731.08 | 731.08 | 0.00 |
| 1B | INTERNAL REVENUE SERVICE | 7100-000 | NA | 2,505.82 | 2,505.82 | 0.00 |
| 2B | ITASCA BANK & TRUST COMPANY | 7100-000 | NA | 296,354.44 | 0.00 | 0.00 |
| 3 | TRUSTEE FOR EFTE ANDREW J. MAXWELL | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 358,339.33 | $ 61,984.89 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 13-46203 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | BARRY A. CHATZ, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | HANK FATOOREHCHI | | | | Date Filed (f) or Converted (c): | 11/29/2013 (f) |
| | | | | | 341(a) Meeting Date: | 01/21/2014 |
| For Period Ending: | 01/04/2018 | | | | Claims Bar Date: | 05/15/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Unscheduled Assets - RE Sales Commissions (u) | 0.00 | 17,612.00 | | 17,612.00 | FA |
| 2. VOID | 0.00 | 0.00 | | 0.00 | FA |
| 3. VOID | 0.00 | N/A | | 0.00 | FA |
| 4. Insurance policies - MetLife Insurance | 10,000.00 | 16,483.01 | | 16,483.01 | FA |
| 5. Real estate - 122 White Pine, Schaumburg | 0.00 | 0.00 | OA | 0.00 | FA |
| 6. Real estate - 1345 Blair Lane, Hoffman Estates | 132,500.00 | 0.00 | | 0.00 | FA |
| 7. Real estate - 916 Long Boar Lane, Schaumburg | 0.00 | 0.00 | | 0.00 | FA |
| 8. Real estate - 1415 Michelline Court, Hoffman Estates | 0.00 | 0.00 | | 109,865.31 | FA |
| 9. Real estate - 1270 New Castle Lane, Hoffman Estates | 0.00 | 0.00 | | 0.00 | FA |
| 10. Real estate - 2020 Carling, Hoffman Estates | 0.00 | 0.00 | | 0.00 | FA |
| 11. Real estate - 1811 Dumont, Schaumburg | 0.00 | 0.00 | | 0.00 | FA |
| 12. Real estate - 1807 Marquette, Hoffman Estates | 0.00 | 0.00 | | 0.00 | FA |
| 13. Checking, savings or other financial accounts | 1,500.00 | 0.00 | | 0.00 | FA |
| 14. Checking, savings or other financial accounts | 100.00 | 0.00 | | 0.00 | FA |
| 15. Household goods and furnishings | 1,500.00 | 0.00 | | 0.00 | FA |
| 16. Wearing apparel | 1,000.00 | 0.00 | | 0.00 | FA |
| 17. Furs and jewelry | 100.00 | 0.00 | | 0.00 | FA |
| 18. VOID (u) | 0.00 | N/A | | 0.00 | FA |
| 19. IRA, ERISA, Keogh or pension or profit sharing plans | 9,000.00 | 0.00 | | 0.00 | FA |
| 20. Stocks, interests in incorporated and unincorporated busines | 43,750.00 | 0.00 | | 45,000.00 | FA |
| 21. Automobiles, trucks, trailers, vehicles | 0.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $199,450.00 | $34,095.01 | $188,960.32 | $0.00 |

(Total Dollar Amount in Column 6)

Exhibit 8

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

All assets fully administered; prepare TFR to close case.

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | SEE COURT ORDER ENTERED 4/15/14 FOR MODIFIED COMMISSIONS FOR SALE OF PROPERTY LOCATED AT:<br>1725 NORTH 37TH SQUARE, SCHAUMBURG, IL - $1,932.00<br>1725 ROBINS LANE - $1,187.40<br>1879 WILLIAMSBURG - $1,690.50 |
| RE PROP # | 4 | -- | Cash value from MetLife policies |
| RE PROP # | 5 | -- | 122 White Pine, Schaumburg, IL 60193<br>Subject property quit claimed to estranged spouse in 2009, although Debtor attempted to assert ownership interest through divorce proceeding and prior chapter 13 filing |
| RE PROP # | 6 | -- | 1345 Blair Lane, Hoffman Estates, Illinois 60169<br>Co-ownship |
| RE PROP # | 7 | -- | 916 Long Boar Lane, Schaumburg, IL 60194<br>Subject property quit claimed to estranged spouse in 2009, Debtor asserted ownership interest through divorce proceeding and prior chapter 13 filing |
| RE PROP # | 8 | -- | Remaining asset to be collected: 50% share of approximately $11K surplus from foreclosure case of prior marital home; distribution to be split equally with bankruptcy estate of ex-spouse.<br><br>1415 Michelline Court, Hoffman Estates, IL 60192<br>Subject property quit claimed to estranged spouse in 2009, although Debtor attempted to assert ownership interest through divorce proceeding and prior chapter 13 filing |
| RE PROP # | 9 | -- | 1270 New Castle Lane, Hoffman Estates, IL 60169<br>Subject property quit claimed to estranged spouse in 2009 |
| RE PROP # | 10 | -- | 2020 Carling, Hoffman Estates, IL 60169<br>Subject property quit claimed to estranged spouse in 2009 |
| RE PROP # | 11 | -- | 1811 Dumont, Schaumburg, IL 60194<br>Subject property quit claimed to estranged spouse in 2009 |
| RE PROP # | 12 | -- | 1807 Marquette, Hoffman Estates, IL 60169<br>Subject property quit claimed to estranged spouse in 2009, although Debtor attempted to assert ownership interest through divorce proceeding and prior chapter 13 filing |
| RE PROP # | 13 | -- | Checking at First American Bank |
| RE PROP # | 14 | -- | Checking account at Parkway Bank |
| RE PROP # | 15 | -- | Four televisions, four DVD players, couches and computer |
| RE PROP # | 16 | -- | Miscellaneous items of used clothing |
| RE PROP # | 17 | -- | One man's watch |
| RE PROP # | 19 | -- | Roth IRA |
| RE PROP # | 20 | -- | 17.5% interest in HKC, Inc. d/b/a Century 21st Class Homes |
| RE PROP # | 21 | -- | 2006 Cadillac STS with 82,000 miles<br>Subject vehicle is titled in the name of Debtor's sister, Mojdgan Fatoorehchi.  All expenses associated with this vehicle are bourne by Debtor and vehicle acquired by sister because Debtor could not qualify for financing. |

Initial Projected Date of Final Report (TFR): 12/31/2015        Current Projected Date of Final Report (TFR): 12/31/2017

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-46203 | Trustee Name: | BARRY A. CHATZ, TRUSTEE |
| Case Name: | HANK FATOOREHCHI | Bank Name: | Union Bank |
| | | Account Number/CD#: | XXXXXX0599 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX1138 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 01/04/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/21/15 | | Transfer from Acct # xxxxxx9547 | Transfer of Funds | 9999-000 | $23,596.91 | | $23,596.91 |
| 09/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $23,581.91 |
| 10/26/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $33.94 | $23,547.97 |
| 11/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.04 | $23,512.93 |
| 12/28/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $33.86 | $23,479.07 |
| 12/31/15 | 20 | CENTUREY 21ST CLASS HOMES BUSINESS ACCOUNT 724 E. SCHAUMBURG ROAD SCHAUMBURG, IL 60194 | LIQUIDATION OF OTHER ASSET | 1129-000 | $5,000.00 | | $28,479.07 |
| 01/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.94 | $28,444.13 |
| 02/04/16 | 20 | CENTURY 21 1ST CLASS HOMES | LIQUIDATION OF OTHER ASSET | 1129-000 | $40,000.00 | | $68,444.13 |
| 02/17/16 | 400001 | Adams-Levine 370 Lexington Avenue, Suite 1101 New York, NY 10017 | Bond Premium | 2300-000 | | $27.34 | $68,416.79 |
| 02/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $41.48 | $68,375.31 |
| 03/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $79.59 | $68,295.72 |
| 04/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $101.32 | $68,194.40 |

Page Subtotals: $68,596.91  $402.51

UST Form 101-7-TDR (10/1/2010) (Page: 10)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 13-46203 | Trustee Name: BARRY A. CHATZ, TRUSTEE |
| Case Name: HANK FATOOREHCHI | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX0599 |
| | Checking |
| Taxpayer ID No: XX-XXX1138 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/04/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/28/16 | 8 | ANDREW J. MAXWELL, TRUSTEE<br>20 N. CLARK STREET<br>SUITE 200<br>CHICAGO, IL 60602 | 50% PROFIT FROM SALE OF FORMER MARITAL HOME<br>50% OF SALE PROCEEDS FROM SALE OF FORMER MARITAL HOME | 1110-000 | $104,209.95 | | $172,404.35 |
| 05/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $107.90 | $172,296.45 |
| 06/27/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $255.51 | $172,040.94 |
| 07/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $247.10 | $171,793.84 |
| 08/04/16 | 8 | Dorothy Brown, Clerk of the Circuit Court of Cook County<br>Daley Center, Room 1005<br>Chicago, IL 60602 | 50% OF SURPLUS FUNDS IN FORECLOSURE SALE OF FORMER MARITAL HOME<br>Link to Asset #8 | 1110-000 | $5,655.36 | | $177,449.20 |
| 08/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $254.92 | $177,194.28 |
| 09/26/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $261.85 | $176,932.43 |
| 10/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $254.11 | $176,678.32 |
| 11/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $262.17 | $176,416.15 |
| 12/27/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $253.36 | $176,162.79 |
| 01/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $261.43 | $175,901.36 |

Page Subtotals: $109,865.31    $2,158.35

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-46203 | Trustee Name: | BARRY A. CHATZ, TRUSTEE |
| Case Name: | HANK FATOOREHCHI | Bank Name: | Union Bank |
| | | Account Number/CD#: | XXXXXX0599 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX1138 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 01/04/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/14/17 | 400002 | International Sureties, Ltd.<br>701 Poydras Street<br>Suite 420<br>New Orleans, LA 70139 | 2300 Bond Payments | 2300-000 | | $68.01 | $175,833.35 |
| 11/16/17 | | Century 21 1st Class Homes | Non-estate funds - deposit to the estate in error by bank<br>Bank inadvertently credited account twice on 2/5/16 and 2/9/16 | 1280-000 | $40,000.00 | | $215,833.35 |
| 11/16/17 | | Century 21 1st Class Homes | Non-estate funds - deposit to the estate in error by bank Reversal<br>Funds deposited to the estate in error on 2/5/16 and 2/9/16 and corrected on 2/9/16 | 1280-000 | ($40,000.00) | | $175,833.35 |
| 12/14/17 | 400003 | ITASCA BANK & TRUST COMPANY<br>C/O STEVEN M. DALLAS/REGAS, FREZADOS & DALLAS LLP<br>111 WEST WASHINGTON STREET<br>SUITE 1525 | (2-1) MODIFIED ON 3/24/14 TO | 4110-000 | | $100,000.00 | $75,833.35 |
| 12/14/17 | 400004 | BARRY A. CHATZ<br>161 N. CLARK STREET<br>SUITE 4200<br>CHICAGO, IL 60601 | Distribution | | | $12,383.02 | $63,450.33 |
| | | BARRY A. CHATZ | Final distribution representing a payment of 100.00 % per court order. ($12,198.02) | 2100-000 | | | |
| | | BARRY A. CHATZ | Final distribution representing a payment of 100.00 % per court order. ($185.00) | 2200-000 | | | |
| 12/14/17 | 400005 | U.S. BANKRUPTCY COURT<br>ATTN; CLERK'S OFFICE<br>219 SOUTH DEARBORN STREET<br>CHICAGO, IL 60604 | Final distribution representing a payment of 100.00 % per court order. | 2700-000 | | $350.00 | $63,100.33 |
| 12/14/17 | 400006 | GREGORY K. STERN, P.C.<br>53 WEST JACKSON BOULEVARD<br>SUITE 1442<br>CHICAGO, IL 60606 | Distribution | | | $61,289.83 | $1,810.50 |

| | | | Page Subtotals: | | $0.00 | $174,090.86 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 13-46203 | Trustee Name: | BARRY A. CHATZ, TRUSTEE | |
| Case Name: | HANK FATOOREHCHI | Bank Name: | Union Bank | |
| | | Account Number/CD#: | XXXXXX0599 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX1138 | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 01/04/2018 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | GREGORY K. STERN, P.C. | Final distribution representing a payment of 100.00 % per court order. | ($61,053.85) 3210-000 | | | |
| | | GREGORY K. STERN, P.C. | Final distribution representing a payment of 100.00 % per court order. | ($235.98) 3220-000 | | | |
| 12/14/17 | 400007 | KUTCHINS ROBBINS & DIAMOND, LTD. 35 East Wacker Drive Suite 1550 Chicago, IL 60601 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $1,810.50 | $0.00 |
| 12/22/17 | 400003 | ITASCA BANK & TRUST COMPANY C/O STEVEN M. DALLAS/REGAS, FREZADOS & DALLAS LLP 111 WEST WASHINGTON STREET SUITE 1525 | (2-1) MODIFIED ON 3/24/14 TO  Reversal | 4110-000 | | ($100,000.00) | $100,000.00 |
| 12/26/17 | 400008 | ITASCA BANK & TRUST COMPANY C/O REGAS, FREZADOS & DALLAS, LLP 20 NORTH CLARK STREET, #1103 CHICAGO, IL  60602 | Final Payment of Claim 2-A | 4110-000 | | $100,000.00 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $178,462.22 | $178,462.22 |
| Less: Bank Transfers/CD's | $23,596.91 | $0.00 |
| Subtotal | $154,865.31 | $178,462.22 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $154,865.31 | $178,462.22 |

Page Subtotals: $0.00   $1,810.50

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 13-46203  
Case Name: HANK FATOOREHCHI  
Taxpayer ID No: XX-XXX1138  
For Period Ending: 01/04/2018  

Trustee Name: BARRY A. CHATZ, TRUSTEE  
Bank Name: The Bank of New York Mellon  
Account Number/CD#: XXXXXX9547  
Checking Account (Non-Interest Earn  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/08/14 | 1 | HANK R FATOOREHCHI 1415 MICHELLINE COURTHOFFMAN ESTATES, IL 60192 | REAL ESTATE COMMISSIONS | 1229-000 | $1,500.00 | | $1,500.00 |
| 05/08/14 | 1 | CENTURY 21 1ST CLASS HOMES 724 E. SCHAUMBURG ROADSCHAUMBURG, IL 60194 | REAL ESTATE COMMISSIONS | 1229-000 | $1,187.40 | | $2,687.40 |
| 05/08/14 | 1 | CENTURY 21 1ST CLASS HOMES 724 E. SCHAUMBURG ROADSCHAUMBURG, IL 60194 | REAL ESTATE COMMISSIONS | 1229-000 | $1,690.50 | | $4,377.90 |
| 05/08/14 | 4 | METROPOLITAN LIFE INSURNACE COMPANY 700 QUAKER LANEP.O. BOX 316WARWICK, RI 02886-0316 | CASH SURRENDER VALUE | 1129-000 | $16,483.01 | | $20,860.91 |
| 06/06/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $20.00 | $20,840.91 |
| 07/08/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $29.98 | $20,810.93 |
| 08/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $30.94 | $20,779.99 |
| 09/08/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $30.89 | $20,749.10 |
| 09/25/14 | 1 | HANK R. FATOOREHCHI 1415 MICHELLINE COURTHOFFMAN ESTATES, IL 60192 | REAL ESTATE COMMISSIONS | 1229-000 | $4,000.00 | | $24,749.10 |
| 10/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $30.24 | $24,718.86 |
| 11/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $36.75 | $24,682.11 |
| 11/11/14 | 300001 | HANK FATOOREHCHI | DEBTOR EXEMPTIONS PURSUANT TO 9/16/14 COURT ORDER | 8100-002 | | $10,000.00 | $14,682.11 |
| 12/05/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $29.76 | $14,652.35 |
| 12/09/14 | 1 | DENNIS M. SBERTOLI | REAL ESTATE COMMISSIONS | 1229-000 | $9,234.10 | | $23,886.45 |
| 01/08/15 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $30.64 | $23,855.81 |
| | | | Page Subtotals: | | $34,095.01 | $10,239.20 | |

UST Form 101-7-TDR (10/1/2010) (Page: 14)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 13-46203 | Trustee Name: BARRY A. CHATZ, TRUSTEE |
| Case Name: HANK FATOOREHCHI | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX9547 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX1138 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/04/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/04/15 | 300002 | Arthur B. Levine Company Surety Bond Agency 60 East 42nd Street - Room 965 New York, NY 10165 | 2015 Bond Premium | 2300-000 | | $17.54 | $23,838.27 |
| 02/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.47 | $23,802.80 |
| 03/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $31.98 | $23,770.82 |
| 04/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.34 | $23,735.48 |
| 05/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.15 | $23,701.33 |
| 06/05/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.24 | $23,666.09 |
| 07/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.05 | $23,632.04 |
| 08/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.13 | $23,596.91 |
| 08/21/15 | | Transfer to Acct # xxxxxx0599 | Transfer of Funds | 9999-000 | | $23,596.91 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $34,095.01 | $34,095.01 |
| Less: Bank Transfers/CD's | $0.00 | $23,596.91 |
| Subtotal | $34,095.01 | $10,498.10 |
| Less: Payments to Debtors | $0.00 | $10,000.00 |
| Net | $34,095.01 | $498.10 |

Page Subtotals: $0.00 $23,855.81

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0599 - Checking | $154,865.31 | $178,462.22 | $0.00 |
| XXXXXX9547 - Checking Account (Non-Interest Earn | $34,095.01 | $498.10 | $0.00 |
|  | $188,960.32 | $178,960.32 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $188,960.32 |
| Total Gross Receipts: | $188,960.32 |

Page Subtotals:  $0.00   $0.00